**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| CHRISTOPHER SHERRILL,      ) | |
|                     ) | |
|     Plaintiff,        ) | |
|                     ) | |
| v.                     ) | |
|                     ) | CIVIL ACTION NO: 7:12-cv-00565 |
| NEW ENGLAND COMPOUNDING     ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND     ) | |
| COMPOUNDING CENTER,      ) | |
|                     ) | |
| and                   ) | |
|                     ) | |
| IMAGE GUIDED PAIN MANAGEMENT,     ) | |
| P.C., d/b/a INSIGHT IMAGING -      ) | |
| ROANOKE,             ) | |
|                     ) | |
|     Defendants.      ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

 /s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:  804.649.8200
Facsimile:  804.649.1762
E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:  December 26, 2012

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

Patrick T. Fennell, Esq. (VSB No.: 40393)
Crandall & Katt
366 Elm Avenue, S.W.
Roanoke, Virginia 24016
Telephone:     (540) 342-2000
Facsimile:     (540) 400-0616
*Counsel for Plaintiff*

  /s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:     804.649.8200
Facsimile:     804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding*
*Pharmacy, Inc., d/b/a New England*
*Compounding Center*