UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 2419

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached scheduled on February 14, 2013. Prior to expiration of that order's 7-day stay of transmittal, defendant Image Guided Pain Management, P.C., d/b/a Insight Imaging-Roanoke (Image Guided), filed a notice of opposition to the proposed transfer. Defendant later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that, pursuant to notices of voluntary dismissal, Image Guided has been dismissed as a party in the actions on the attached schedule and has withdrawn its opposition to transfer as to those actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 14, 2013, is LIFTED insofar as it relates to these actions. The actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable F. Dennis Saylor.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NEW ENGLAND COMPOUNDING
PHARMACY, INC., PRODUCTS
LIABILITY LITIGATION                              MDL No. 2419

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| VIRGINIA WESTERN | | | |
| VAW | 7 | 12-00563 | Whittaker v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00565 | Sherrill v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00566 | Clark v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00584 | Brown v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00585 | Linthicum v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00586 | Taliaferro v. New England Compounding Pharmacy, Inc. et al |
| VAW | 7 | 12-00614 | Powell v. New England Compounding Pharmacy, Inc. et al |

I hereby certify on 3/27/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 3/27/13
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk