CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 28 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CHRISTOPHER SHERRILL
    Plaintiff

vs.

NEW ENGLAND COMPOUNDING
PHARMACY, INC.
    Defendant

Civil Action No. 7:12-CV-00565
MDL No. 2419

# ORDER

The Judicial Panel on Multidistrict Litigation entered an Order on February 14, 2013 pursuant to 28 U.S.C. 1407 transferring the above titled action to the United States District Court for the District of Massachusetts and assigning this case to the Honorable F. Dennis Saylor for coordinated or consolidated pretrial proceedings with like actions previously transferred to that district.

Pursuant to that Order, this case is hereby

## ORDERED

transferred to the United States District Court for the District of Massachusetts, to the Honorable F. Dennis Saylor.

ENTER this 28th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE